FILED
FEB 23 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| Idaho Conservation League, Friends of the Clearwater, and Mark Solomon | ) ) ) ) | CASE NUMBER  1:07CV00396 |
| vs    Plaintiff | ) ) ) | JUDGE: Reggie B. Walton |
| Stephen L. Johnson | ) ) ) | DECK TYPE: Administrative Agency Review |
| Defendant | ) ) | DATE STAMP: 02/26/2007 |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for **plaintiffs** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Idaho Conservation League** which have any outstanding securities in the hands of the public:

**none**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[Signature]_
Signature

**MD14062**
BAR IDENTIFICATION NO.

**Robert Ukeiley**
Print Name

**435R Chestnut St., Suite 1**
Address

**Berea, KY 40403**
City     State     Zip Code

**859-986-5402**
Phone Number