

FILED
CO-386 online
10/03
FEB 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Idaho Conservation League,
Friends of the Clearwater, and
Mark Solomon

        Plaintiff

vs

Stephen L. Johnson

        Defendant

CASE NUMBER 1:07CV00396
JUDGE: Reggie B. Walton
DECK TYPE: Administrative Agency Review
DATE STAMP: 02/26/2007

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for **plaintiffs** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Friends of the Clearwater** which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*[signature]*
Signature

MD14062
BAR IDENTIFICATION NO.

Robert Ukeiley
Print Name

435R Chestnut St., Suite 1
Address

Berea, KY 40403
City    State    Zip Code

859-986-5402
Phone Number