AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Idaho Conservation League, et al.

**SUMMONS IN A CIVIL CASE**

V.

Stephen L. Johnson, in his official capacity
as Administrator, United States
Environmental Protection Agency

CASE NUMBER  1:07CV00396

JUDGE: Reggie B. Walton

DECK TYPE: Administrative Agency Review

DATE STAMP: 02/26/2007

TO: (Name and address of Defendant)

Stephen L. Johnson, in his official capacity
as Administrator, United States Environmental
Protection Agency,
Ariel Rios Building
1200 Pennsylvania Ave, NW
Washington, DC 20460

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Office of Robert Ukeiley
435R Chestnut Street, Suite 1
Berea, KY 40403

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

_Janett Stewart-Cureton_

(By) DEPUTY CLERK

FEB 2 3 2007

DATE

AO 440 (Rev DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 3/9/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Elizabeth Perkins | legal assistant |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

G  Other (specify): ___served by certified mail return receipt requested___

---

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    3/15/07
_____
Date

_____
Signature of Server

435R Chestnut St. Ste 1 Berea KY 40403
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.   potlatch

1. Article Addressed to:

Stephen L. Johnson
Administrator, U.S.
Environmental Protection
Agency Ariel Rios Building
1200 Pennsylvania Ave. NW
Washington DC 20460

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X James Campbell    ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
J Campbell                          3/9

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540