AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Idaho Conservation League, et al.

**SUMMONS IN A CIVIL CASE**

V.

Stephen L. Johnson, in his official capacity
as Administrator, United States
Environmental Protection Agency

CASE NUMBER  1:07CV00396

JUDGE: Reggie B. Walton

DECK TYPE: Administrative Agency Review

DATE STAMP: 02/26/2007

TO: (Name and address of Defendant)

Attorney General Alberto Gonzales
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Office of Robert Ukeiley
435R Chestnut Street, Suite 1
Berea, KY 40403

an answer to the complaint which is served on you with this summons, within  __60__  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                         FEB 23 2007
CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 3/6/07 |
| NAME OF SERVER *(PRINT)* Elizabeth Perkins | TITLE legal assistant |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): Served by certified mail return receipt requested

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/15/07
             Date           Signature of Server

435R Chestnut St. Ste. 1 Berea KY 40403
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. *potlatch*

1. Article Addressed to:

Attorney General
Alberto Gonzales
US Dept. of Justice
950 Pennsylvania Ave. NW
Washington DC
    20530-0001

2. 7006 0100 0006 7192 4201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Emily Parker*
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
MAR 0 6 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540