A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2007 MAY -8  PM 6: 28
NANCY M.
MAYER-WHITTINGTON
CLERK

IDAHO CONSERVATION LEAGUE, et al., )
        Plaintiff(s) )
                      ) **APPEARANCE**
                      )
        vs. ) CASE NUMBER    07-CV-396
STEPHEN L. JOHNSON, in his official )
capacity as Administrator, U.S. EPA, )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Heather E. Gange   as counsel in this
                                 (Attorney's Name)

case for:   Defendant, Stephen L. Johnson, in his official capacity.
                      (Name of party or parties)

May 8, 2007
Date

*signature*
Signature

DC Bar # 472615
BAR IDENTIFICATION

Heather E. Gange
Print Name

P.O. Box 23986
Address

Washington, DC   20026-3986
City        State        Zip Code

202-514-4206
Phone Number

**RECEIVED**
MAY 8 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT