UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAHO CONSERVATION LEAGUE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN L. JOHNSON, in his official capacity as Administrator, United States Environmental Protection Agency,<br><br>Defendant. | Civ. No. 1:07-cv-00396<br>Hon. Reggie B. Walton |

### DEFENDANT'S UNOPPOSED MOTION
### TO EXTEND TIME TO RESPOND TO THE COMPLAINT

Defendant Stephen L. Johnson, in his official capacity as Administrator, United States Environmental Protection Agency ("EPA"), hereby moves the Court to extend until June 4, 2007, the time to answer or otherwise respond to the Complaint in the above-captioned matter. In support of this motion, EPA states as follows:

1. On March 13, 2007, Plaintiffs initiated this matter by serving upon EPA a Complaint for Injunctive and Declaratory Relief. The Complaint alleges that EPA failed to fulfill a mandatory duty imposed by 42 U.S.C. § 7661d(c), Clean Air Act section 503(c), to respond within 60 days to an administrative petition. The administrative petition, in turn, sought EPA's objections to two Title V Clean Air Act operating permits which were issued by the State of Idaho for Potlach Forest Products Corporation's Lewiston, Idaho facility.

2. The Complaint seeks, *inter alia*, an order requiring the Administrator to respond to the administrative petition described in the Complaint, and an award of litigation costs, including attorney's fees.

RECEIVED
MAY 8 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. Pursuant to Fed. R. Civ. P. 12(a)(3)(A), a response to the Complaint currently is due by May 14, 2007. No other deadlines have been set in this matter.

4. EPA expects to sign an Order on or before June 4, 2007, responding to the administrative petition that is the subject of the Complaint. The parties also need additional time to determine whether Plaintiffs' claim for litigation costs can be resolved without further litigation. Good cause therefore exists to grant Defendant additional time to respond to the Complaint.

5. Granting this extension of time will not prejudice any party. No previous extensions have been requested, no other deadlines have been established in this matter, and no other motions are pending.

6. Counsel for Defendant has conferred with counsel for Plaintiffs, who represents that Plaintiffs do not oppose this Motion.

WHEREFORE, Defendant respectfully moves the Court to extend until June 4, 2007, the time to answer or otherwise respond to the Complaint in the above-captioned matter.

Respectfully submitted,

Assistant Attorney General
Environment and Natural Resources Division

Dated: May 8, 2007

/s/ Heather E. Gange

HEATHER E. GANGE (D.C. Bar #472615)
Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
Telephone: (202) 305-0851
E-mail: Heather.Gange@usdoj.gov

OF COUNSEL:

KRISTI SMITH
Office of General Counsel
United States Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Street address:
601 D Street, NW, Suite 8000
Washington, D.C. 20004

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAHO CONSERVATION LEAGUE, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> STEPHEN L. JOHNSON, in his official capacity ) <br> as Administrator, United States Environmental ) <br> Protection Agency, ) <br> ) <br> Defendant. ) <br> ) | Civ. No. 1:07-cv-00396 |

### [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

Upon consideration of Defendant's Unopposed Motion to Extend Time to Respond to the Complaint, and upon counsel's representation that the Motion is unopposed, and finding that good cause exists to grant the Motion:

Defendant's Unopposed Motion to Extend Time to Respond to the Complaint is hereby GRANTED, and it is therefore ORDERED that Defendant's response to the Complaint be filed on or before June 4, 2007.

SO ORDERED.

_____
Hon. Reggie B. Walton
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAHO CONSERVATION LEAGUE, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> STEPHEN L. JOHNSON, in his official capacity ) <br> as Administrator, United States Environmental ) <br> Protection Agency, ) <br> ) <br> Defendant. ) | Civ. No. 1:07-cv-00396 <br> Hon. Reggie B. Walton |

## CERTIFICATE OF SERVICE

I, Heather E. Gange, certify that on this 8th day of May 2007, a true and correct copy of the attached Defendant's Unopposed Motion to Extend Time to Respond to the Complaint was served on the following by Federal Express, postage prepaid:

Robert Ukeiley, Esq.
Aubrey Baldwin, Esq.
Law Office of Robert Ukeiley
435R Chestnut Street, Suite 1
Berea, KY 40403

A courtesy copy also was transmitted by electronic mail to:

aubrey@airadvocates.net

*[signature]*