## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                                  )
IDAHO CONSERVATION LEAGUE, et al.,                )
                                                  )
    Plaintiffs,                                   )
                                                  )
          v.                       )      Civ. No. 1:07-cv-00396
                                                  )      Hon. Reggie B. Walton
STEPHEN L. JOHNSON, in his official capacity       )
as Administrator, United States Environmental     )
Protection Agency,                                )
                                                  )
    Defendant.                                    )
_____)

## DEFENDANT'S UNOPPOSED MOTION
## TO EXTEND TIME TO RESPOND TO THE COMPLAINT

      Defendant Stephen L. Johnson, in his official capacity as Administrator, United States

Environmental Protection Agency ("EPA"), hereby moves the Court to extend until June 29,

2007, the time to answer or otherwise respond to the Complaint in the above-captioned matter.

In support of this motion, EPA states as follows:

      1.      On March 13, 2007, Plaintiffs initiated this matter by serving upon EPA a

Complaint for Injunctive and Declaratory Relief.  The Complaint alleges that EPA failed to

fulfill a mandatory duty imposed by 42 U.S.C. § 7661d(c), Clean Air Act section 503(c), to

respond within 60 days to an administrative petition.  The administrative petition, in turn, sought

EPA's objections to two Title V Clean Air Act operating permits which were issued by the State

of Idaho for Potlach Forest Products Corporation's Lewiston, Idaho facility.

2.      The Complaint seeks, *inter alia*, an order requiring the Administrator to respond to the administrative petition described in the Complaint, and an award of litigation costs, including attorney's fees.

3.      Pursuant to the Court's Order of May 10, 2007, a response to the Complaint currently is due by June 4, 2007.  No other deadlines have been set in this matter.

4.      EPA signed an administrative order responding to the administrative petition that is the subject of the Complaint, and notice of that order was published in the Federal Register on May 17, 2007.  See 72 Fed. Reg. 27,811 (May 17, 2007).

5.      The parties need additional time to determine whether Plaintiffs' claim for litigation costs can be resolved without further litigation, and believe it would be more productive for EPA to devote its time and resources to those negotiations than to the preparation of a response to the Complaint.  Good cause therefore exists to grant Defendant additional time to respond to the Complaint.

6.      Granting this extension of time will not prejudice any party.  No other deadlines have been established in this matter, and no other motions are pending.

7.      Counsel for Defendant has conferred with counsel for Plaintiffs, who represents that Plaintiffs do not oppose this Motion.

WHEREFORE, Defendant respectfully moves the Court to extend until June 29, 2007, the time to answer or otherwise respond to the Complaint in the above-captioned matter.

Respectfully submitted,

_____
HEATHER E. GANGE (D.C. Bar #472615)
Environment and Natural Resources Division
Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
Telephone: (202) 305-0851
E-mail: Heather.Gange@usdoj.gov

Dated: May 24, 2007

OF COUNSEL:

KRISTI SMITH
Office of General Counsel
United States Environmental Protection
Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Street address:
601 D Street, NW, Suite 8000
Washington, D.C. 20004

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
IDAHO CONSERVATION LEAGUE, et al.,      )
                                        )
        Plaintiffs,                     )
                                        )
            v.                          )        Civ. No. 1:07-cv-00396
                                        )
STEPHEN L. JOHNSON, in his official capacity )
as Administrator, United States Environmental )
Protection Agency,                      )
                                        )
        Defendant.                      )
_____)


**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

Upon consideration of Defendant's Unopposed Motion to Extend Time to Respond to the

Complaint, and upon counsel's representation that the Motion is unopposed, and finding that

good cause exists to grant the Motion:

Defendant's Unopposed Motion to Extend Time to Respond to the Complaint is hereby

GRANTED, and it is therefore ORDERED that Defendant's response to the Complaint be filed

on or before June 29, 2007.

SO ORDERED.


_____
Hon. Reggie B. Walton
United States District Judge

4

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        )
IDAHO CONSERVATION LEAGUE, et al.,      )
                                        )
        Plaintiffs,                     )
                                        )
                v.                      )        Civ. No. 1:07-cv-00396
                                        )        Hon. Reggie B. Walton
STEPHEN L. JOHNSON, in his official capacity )
as Administrator, United States Environmental )
Protection Agency,                      )
                                        )
        Defendant.                      )
_____)

## CERTIFICATE OF SERVICE

I, Heather E. Gange, certify that on this 24th day of May 2007, a true and correct copy of the attached Defendant's Unopposed Motion to Extend Time to Respond to the Complaint was served on the following by Federal Express, postage prepaid:

        Robert Ukeiley, Esq.
        Law Office of Robert Ukeiley
        435R Chestnut Street, Suite 1
        Berea, KY 40403


                                        _____