UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IDAHO CONSERVATION LEAGUE, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> STEPHEN L. JOHNSON, in his official capacity ) <br> as Administrator, United States Environmental ) <br> Protection Agency, ) <br> ) <br> Defendant. ) <br> ) | Civ. No. 1:07-cv-00396 <br> Hon. Reggie B. Walton |

**DEFENDANT'S THIRD UNOPPOSED MOTION
TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

Defendant Stephen L. Johnson, in his official capacity as Administrator, United States Environmental Protection Agency ("EPA"), hereby moves the Court to extend until July 20, 2007, the time to answer or otherwise respond to the Complaint in the above-captioned matter. In support of this motion, EPA states as follows:

1. On March 13, 2007, Plaintiffs initiated this matter by serving upon EPA a Complaint for Injunctive and Declaratory Relief. The Complaint alleges that EPA failed to fulfill a mandatory duty imposed by 42 U.S.C. § 7661d(c), Clean Air Act section 503(c), to respond within 60 days to an administrative petition. The administrative petition, in turn, sought EPA's objections to two Title V Clean Air Act operating permits which were issued by the State of Idaho for Potlach Forest Products Corporation's Lewiston, Idaho facility.

2.	The Complaint seeks, *inter alia*, an order requiring the Administrator to respond to the administrative petition described in the Complaint, and an award of litigation costs, including attorney's fees.

3.	Pursuant to the Court's Order of May 30, 2007, a response to the Complaint currently is due by June 29, 2007. No other deadlines have been set in this matter.

4.	EPA signed an administrative order responding to the administrative petition that is the subject of the Complaint, and notice of that order was published in the Federal Register on May 17, 2007. See 72 Fed. Reg. 27,811 (May 17, 2007).

5.	Undersigned counsel has reached an agreement in principle with Plaintiffs' counsel regarding resolution of Plaintiffs' claim for litigation costs. However, the agreement in principle must still be approved by duly authorized officials at the Department of Justice. Good cause therefore exists to grant Defendant additional time to respond to the Complaint.

6.	Granting this extension of time will not prejudice any party. No other deadlines have been established in this matter, and no other motions are pending.

7.	Counsel for Defendant has conferred with counsel for Plaintiffs, who represents that Plaintiffs do not oppose this Motion.

WHEREFORE, Defendant respectfully moves the Court to extend until July 20, 2007, the time to answer or otherwise respond to the Complaint in the above-captioned matter.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Heather E. Gange |
|  | HEATHER E. GANGE (D.C. Bar #472615) |
|  | Environment and Natural Resources Division |
| Dated: June 27, 2007 | Environmental Defense Section |
|  | U.S. Department of Justice |
| OF COUNSEL: | P.O. Box 23986 |
|  | Washington, D.C. 20026-3986 |
| KRISTI SMITH | Telephone: (202) 305-0851 |
| Office of General Counsel | E-mail: Heather.Gange@usdoj.gov |
| United States Environmental Protection Agency | Street address: |
| Ariel Rios Building | 601 D Street, NW, Suite 8000 |
| 1200 Pennsylvania Avenue, N.W. | Washington, D.C. 20004 |
| Washington, D.C. 20460 |  |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAHO CONSERVATION LEAGUE, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>STEPHEN L. JOHNSON, in his official capacity as Administrator, United States Environmental Protection Agency,<br><br>  Defendant. | Civ. No. 1:07-cv-00396 |

### [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

Upon consideration of Defendant's Unopposed Motion to Extend Time to Respond to the Complaint, and upon counsel's representation that the Motion is unopposed, and finding that good cause exists to grant the Motion:

Defendant's Unopposed Motion to Extend Time to Respond to the Complaint is hereby GRANTED, and it is therefore ORDERED that Defendant's response to the Complaint be filed on or before July 20, 2007.

SO ORDERED.

_____
Hon. Reggie B. Walton
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IDAHO CONSERVATION LEAGUE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN L. JOHNSON, in his official capacity as Administrator, United States Environmental Protection Agency,<br><br>Defendant. | Civ. No. 1:07-cv-00396<br>Hon. Reggie B. Walton |

**CERTIFICATE OF SERVICE**

    I, Heather E. Gange, certify that on this 27th day of June 2007, a true and correct copy of the attached Defendant's Unopposed Third Motion to Extend Time to Respond to the Complaint was filed electronically and served on the following electronically by the Court's ECF system:

        Robert Ukeiley, Esq.
        rukeiley@igc.org


                                                ___/s/ Heather E. Gange_____