# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IDAHO CONSERVATION LEAGUE, et al.,　　　）

　　　　　Plaintiffs,　　　　　　　　　　　）

　　　　　　　　　　　　　　　　　　　　　）

v.　　　　　　　　　　　　　　　　　　　）　　Civ. No. 1:07-cv-00396 (RBW)

　　　　　　　　　　　　　　　　　　　　　）

STEPHEN L. JOHNSON, in his official capacity　）
as Administrator, United States Environmental　）
Protection Agency,　　　　　　　　　　　　）

　　　　　　　　　　　　　　　　　　　　　）

　　　　　Defendant.　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　　）

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties stipulate to the dismissal of this case

with prejudice, as all issues have been resolved.

SO STIPULATED:

　　　　　　　　　　　　　　　　　　　　　　　RONALD J. TENPAS
　　　　　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　　Environment and Natural Resources Division

_____　　　　　　　　　　_____
ROBERT UKEILEY　　　　　　　　　　　　　　HEATHER E. GANGE  (D.C. Bar #452615)
Law Office of Robert Ukeiley　　　　　　　　　Environmental Defense Section
435R Chestnut Street, Ste. 1　　　　　　　　　U.S. Department of Justice
Berea, KY 40403　　　　　　　　　　　　　　P.O. Box 23986
Tel: (859) 986-5402　　　　　　　　　　　　　Washington, D.C. 20026-3986
Fax: (866) 618-1017　　　　　　　　　　　　　Telephone: (202) 514-4206
E-mail: rukeiley@igc.org　　　　　　　　　　　Fax: (202) 514-8865
　　　　　　　　　　　　　　　　　　　　　　　E-mail: Heather.Gange@usdoj.gov

Counsel for Plaintiffs

　　　　　　　　　　　　　　　　　　　　　　　Counsel for the Defendant

Dated: August 13ᵗʰ, 2007

　　　　　　　　　　　　　　　　　　　　　　　Dated: August 14ᵗʰ, 2007

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IDAHO CONSERVATION LEAGUE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 1:07-cv-00396 |
| ) | Hon. Reggie B. Walton |
| STEPHEN L. JOHNSON, in his official capacity ) | |
| as Administrator, United States Environmental ) | |
| Protection Agency, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Heather E. Gange, certify that on this 14th day of August 2007, a true and correct copy of the attached STIPULATION OF DISMISSAL WITH PREJUDICE was served by Federal Express, postage prepaid, on the following:

Robert Ukeiley, Esq.
Law Office of Robert Ukeiley
435R Chestnut Street, Suite 1
Berea, KY 40403

1